IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  05-cr-00374-EWN-07

UNITED STATES OF AMERICA,

    Plaintiff,

v

7.    MIRAMON GARDUNO
        a/k/a "Mon",

    Defendant.

_____

**ORDER DISMISSING COUNT FOUR OF THE
FIRST SUPERSEDING INDICTMENT AND
COUNTS TWENTY AND TWENTY-ONE OF THE
SECOND SUPERSEDING INDICTMENT**

_____

Upon the motion of the United States of America and for good cause shown, it is

*ORDERED* that Count Four of the First Superseding Indictment and Counts Twenty and Twenty-one of the Second Superseding Indictment as they relate to Miramon Garduno in the above-captioned case are hereby dismissed.

*DATED this 26th day of June, 2006.*

                                                  BY THE COURT:

                                                  s/ Edward W. Nottingham
                                                  EDWARD W. NOTTINGHAM, JUDGE
                                                  United States District Judge
                                                  District of Colorado