AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| MIRAMON GARDUNO | ) Case No: 05-cr-00374-PAB-07 |
| | ) USM No: 33730-013 |
| Date of Previous Judgment: May 29, 2008 | ) Raymond P. Moore, FPD |
| *(Use Date of Last Amended Judgment if Applicable)* | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  **X** the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ❒ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   132 months   **is reduced to**   120 months   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | | | |
|---|---|---|---|---|---|
| Previous Offense Level: | 29 | | Amended Offense Level: | 25 | |
| Criminal History Category: | IV | | Criminal History Category: | IV | |
| Previous Guideline Range: | 121 to 151 months | | Amended Guideline Term: | 120 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
**X** The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other *(explain)*:

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   June 28, 2006,   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   November 22, 2011                                 s/Philip A. Brimmer
                                                                                       *Judge's signature*

Effective Date:                                                              Philip A. Brimmer, United States District Judge
   *(if different from order date)*                                    *Printed name and title*